NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CLEAR FORM

Daniel Srourian, Esq. (SBN 285678)
SROURIAN LAW FIRM P.C.
468 N. Camden Drive, Suite 200
Beverly Hills, CA 90210

ATTORNEY(S) FOR:  Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M., L.O., and G.V., on behalf of themselves and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>VERGIL SERVICES, INC. D/B/A REDGIFS<br><br>Defendant(s) | CASE NUMBER:<br><br>2:25-cv-05102<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                          D.M., L.O., and G.V.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| D.M. | N/A |
| L.O. | N/A |
| G.V. | N/A |

| | |
|---|---|
| 06/05/2025 | /s/ Daniel Srourian |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs