SUSANNE BONIADI (SBN 341512)
susanne.boniadi@afslaw.com
**ARENTFOX SCHIFF LLP**
555 S. Flower St., 43rd Floor
Los Angeles, CA 90071
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorney for Defendant
VERGIL SERVICES, INC. D/B/A REDGIFS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M., L.O., AND G.V., individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>VERGIL SERVICES, INC. D/B/A REDGIFS;<br><br>        Defendants. | Case No. 2:25-cv-05102-PD<br><br>**DEFENDANT VERGIL SERVICES, INC. D/B/A REDGIFS'S NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO PROCEED PSEUDONYMOUSLY** |

Defendant VERGIL SERVICES, INC. D/B/A REDGIFS ("Defendant"), hereby submits this statement of non-opposition regarding Plaintiffs D.M., L.O., and G.V.'s ("Plaintiffs") Motion to Proceed Pseudonymously (the "Motion"). ECF No. 9. Without conceding any argument raised in Plaintiffs' Motion, Defendant does not object to having Plaintiffs proceed in this litigation pseudonymously.

For the avoidance of doubt, Defendant further expressly notes that its non-opposition should not be construed as a concession that Plaintiffs had any reasonable expectation of privacy in the information alleged to be collected on Defendant's public website, that Plaintiffs have suffered any concrete injury, or that this is the proper forum to resolve Plaintiffs' claims. *See*, *e.g.*, *United States v. Forrester*, 512 F.3d 500, 509 (9th Cir. 2008) ("Internet users have no expectation of privacy in the to/from addresses of their messages or the IP addresses of the websites they visit…"); *Daghaly v. Blommingdales.com, LLC*, 2024 WL 5134350, *1 (9th Cir. Dec. 17, 2024) (allegations that a website collects and shares information regarding an individual's visit fails to establish any "injury in fact that is concrete, particularized, and actual or imminent."); *Jones v. Bloomingdales.com, LLC*, No. 23-3304, 2024 WL 5205528, at *4 (8th Cir. Dec. 24, 2024) (affirming dismissal of website-analytics invasion of privacy claims because plaintiff "has not plausibly alleged that she suffered a concrete injury, and so she lacks standing to bring these suits. We do so not because we think she experienced only a slight invasion of her privacy, ... but because her allegations do not plausibly suggest that she suffered **any such invasion at all**.") (emphasis added); *Mitchener v. CuriosityStream, Inc.*, No. 25-CV-01471-NW, 2025 WL 2272413, at *4 (N.D. Cal. Aug. 6, 2025) ("The mere "collection of basic contact information by ... software[,] or where the plaintiffs merely visited the website[,] are not concrete harms.") (citation omitted).

///

///

///

Accordingly, although Defendant does not oppose Plaintiffs' Motion, Defendant expressly reserves the right to oppose Plaintiffs' Complaint, or any future motion filed by Plaintiffs on any and all grounds.

Dated: October 1, 2025                    Respectfully submitted,

**ARENTFOX SCHIFF LLP**

By: */s/ Susanne Boniadi*
    Susanne Boniadi
    Attorney for Defendant
    VERGIL SERVICES, INC
    D/B/A REDGIFS