1  SUSANNE BONIADI (SBN 341512)
   susanne.boniadi@afslaw.com
2  **ARENTFOX SCHIFF LLP**
   555 S. Flower St., 43rd Floor
3  Los Angeles, CA 90071
   Telephone: 213.629.7400
4  Facsimile: 213.629.7401

5  Attorney for Defendant
   VERGIL SERVICES, INC. D/B/A REDGIFS
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| 11  D.M., L.O., AND G.V., individually and on behalf of all others similarly situated, | Case No. 2:25-cv-05102-PD |
|---|---|
| 13  Plaintiff, | **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT VERGIL SERVICES, INC. D/B/A REDGIFS TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| 14  v. | |
| 15  VERGIL SERVICES, INC. D/B/A REDGIFS; | *[Filed Concurrently with: [Proposed] Order]* |
| 17  Defendants. | Complaint Served: Aug. 13, 2025<br>Current Response Date: Oct. 1, 2025<br>New Response Date: Oct. 29, 2025 |

1     Plaintiffs D.M., L.O., AND G.V. ("Plaintiffs") and Defendant VERGIL SERVICES, INC. D/B/A REDGIFS ("Defendant"),[1] by and through their respective counsel of record, stipulate and agree to extend the time for Defendant to respond to Plaintiffs' Complaint [Dkt. 1] as follows:

    1.    On September 2, 2025, pursuant to L.R. 8-3, Plaintiffs D.M., L.O., AND G.V. ("Plaintiffs") and Defendant VERGIL SERVICES, INC. D/B/A REDGIFS ("Defendant") stipulated to extend the deadline for Defendant's response to the Complaint (initially due September 3, 2025) to and including October 1, 2025 [Dkt. 12].

    2.    On September 24, 2025, counsel for Plaintiffs and Defendant met and conferred pursuant to L.R. 7-3 regarding Defendant's anticipated Motion to Compel Arbitration ("Motion"), and the underlying facts relevant to the foregoing.

    3.    Counsel for the Parties agreed to exchange information and are currently conferring with their respective clients to further investigate the facts relevant to the Complaint and Defendant's anticipated Motion.

    4.    In order to allow the parties to further confer about the allegations in the Complaint, the basis of Defendant's Motion, and to potentially eliminate or limit the issues in dispute between the Parties, the Parties hereby stipulate and agree to an additional 28-day extension of time for Defendant to respond to Plaintiffs' Complaint, through and including October 29, 2025.

    IT IS SO STIPULATED.

---

[1] Plaintiffs and Defendant will collectively be referred to herein as "the Parties."

Dated: October 8, 2025

Respectfully submitted,

**ARENTFOX SCHIFF LLP**

By: /s/ *Susanne Boniadi*
Susanne Boniadi
Attorney for Defendant
VERGIL SERVICES, INC
D/B/A REDGIFS

**SROURIAN LAW FIRM, P.C.**
**SIRI & GLIMSTAD LLP**

Dated: October 8, 2025

By: /s/ *Sonjay C. Singh*
Daniel Srourian
Tyler J. Bean*
Sonjay C. Singh*
Attorneys for Plaintiffs
D.M., L.O., AND G.V.

(*pro hac vice admission anticipated*)

ARENTFOX SCHIFF LLP

Case No.: 2:25-cv-05102-PD — - 3 - — JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT VERGIL SERVICES, INC. D/B/A REDGIFS TO RESPOND TO PLAINTIFF'S COMPLAINT

## CERTIFICATE OF CONCURRENCE

I hereby certify and attest that counsel for the Parties have concurred in the filing of the foregoing instrument in accordance with LR 5-4.3.4(a)(2)(i).

*/s/ Susanne Boniadi*
Susanne Boniadi