# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M., L.O., AND G.V., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERGIL SERVICES, INC. D/B/A REDGIFS;<br><br>Defendants. | Case No. 2:25-cv-05102-PD<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT VERGIL SERVICES, INC. D/B/A REDGIFS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>*[Filed concurrently with Joint Stipulation]*<br><br>Complaint Served: Aug. 13, 2025<br>Current Response Date: Oct. 1, 2025<br>New Response Date: Oct. 29, 2025 |

ARENTFOX SCHIFF LLP

Case No.: 2:25-cv-05102-PD — - 1 - — ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT VERGIL SERVICES, INC. D/B/A REDGIFS TO RESPOND TO PLAINTIFF'S COMPLAINT

1  The Court, having read and considered the joint stipulation filed on behalf of Plaintiffs D.M., L.O., AND G.V. ("Plaintiffs") and Defendant VERGIL SERVICES, INC. D/B/A REDGIFS ("Defendant"), and finding GOOD CAUSE thereon, hereby grants the stipulated 28-day extension of time for Defendant's to respond to Plaintiffs' Complaint. IT IS HEREBY ORDERED that Defendant's response to Plaintiffs' Complaint is to be filed on or by October 29, 2025.

DATED: 10/10/2025

_____
Hon. Patricia Donahue
United States Magistrate Judge

ARENTFOX SCHIFF LLP

Case No.: 2:25-cv-05102-PD            - 2 -

ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT VERGIL SERVICES, INC. D/B/A REDGIFS TO RESPOND TO PLAINTIFF'S COMPLAINT