SUSANNE BONIADI (SBN 341512)
susanne.boniadi@afslaw.com
**ARENTFOX SCHIFF LLP**
555 S. Flower St., 43rd Floor
Los Angeles, CA 90071
Telephone: 213.629.7400
Facsimile: 213.629.7401

*Attorney for Defendant,*
VERGIL SERVICES, INC. D/B/A REDGIFS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M., L.O., AND G.V., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERGIL SERVICES, INC. D/B/A REDGIFS;<br><br>Defendants. | Case No. 2:25-cv-05102-PD<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT VERGIL SERVICES, INC. D/B/A REDGIFS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**Filed Concurrently with: [Proposed] Order**<br><br>Complaint Served: Aug. 13, 2025<br>Current Response Date: Oct. 29, 2025<br>New Response Date: Nov. 26, 2025 |

ARENTFOX SCHIFF LLP

- 1 -

2:25-CV-05102-PD
JOINT STIPULATION TO EXTEND TIME
FOR DEFENDANT VERGIL SERVICES,
INC. D/B/A REDGIFS TO RESPOND TO
PLAINTIFF'S COMPLAINT

Plaintiffs D.M., L.O., AND G.V. ("Plaintiffs") and Defendant VERGIL SERVICES, INC. D/B/A REDGIFS ("Defendant"),[1] by and through their respective counsel of record, stipulate and agree to extend the time for Defendant to respond to Plaintiffs' Complaint [Dkt. 1] as follows:

1. On September 24, 2025, counsel for Plaintiffs and Defendant met and conferred pursuant to L.R. 7-3 regarding Defendant's anticipated Motion to Compel Arbitration ("Motion"), and the underlying facts relevant to the foregoing.

2. Counsel for the Parties agreed to exchange information, and Defendant provided such information as it was able to locate concerning the Plaintiffs on October 12, 2025.

3. Plaintiffs' counsel is currently conferring with the Plaintiffs to further investigate the facts relevant to the Complaint and Defendant's anticipated Motion.

4. In order to allow the parties to further confer about the allegations in the Complaint, the basis of Defendant's Motion, and to potentially eliminate or limit the issues in dispute between the Parties, the Parties hereby stipulate and agree to an additional 28-day extension of time for Defendant to respond to Plaintiffs' Complaint, through and including November 26, 2025.

IT IS SO STIPULATED.

---

[1] Plaintiffs and Defendant will collectively be referred to herein as "the Parties."

ARENTFOX SCHIFF LLP

- 2 -

22:25-CV-05102-PD
JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT VERGIL SERVICES, INC. D/B/A REDGIFS TO RESPOND TO PLAINTIFF'S COMPLAINT

| | |
|---|---|
| Dated: October 27, 2025 | Respectfully submitted, |
| | **ARENTFOX SCHIFF LLP** |
| | By: */s/ Susanne Boniadi* |
| |     Susanne Boniadi |
| | *Attorney for Defendant,* |
| | VERGIL SERVICES, INC. |
| | D/B/A REDGIFS |
| | **SROURIAN LAW FIRM, P.C.** |
| | **SIRI & GLIMSTAD LLP** |
| Dated: October 27, 2025 | |
| | By: */s/ Sonjay C. Singh* |
| |     Daniel Srourian |
| |     Tyler J. Bean |
| |     Sonjay C. Singh |
| | *Attorneys for Plaintiffs,* |
| | D.M., L.O., AND G.V. |

ARENTFOX SCHIFF LLP

- 3 -

22:25-CV-05102-PD
JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT VERGIL SERVICES, INC. D/B/A REDGIFS TO RESPOND TO PLAINTIFF'S COMPLAINT

**CERTIFICATE OF CONCURRENCE**

I hereby certify and attest that counsel for the Parties have concurred in the filing of the foregoing instrument in accordance with LR 5-4.3.4(a)(2)(i).

*/s/ Susanne Boniadi*
Susanne Boniadi

ARENTFOX SCHIFF LLP

- 4 -

22:25-CV-05102-PD
JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT VERGIL SERVICES, INC. D/B/A REDGIFS TO RESPOND TO PLAINTIFF'S COMPLAINT