1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| D.M., L.O., AND G.V., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERGIL SERVICES, INC. D/B/A REDGIFS;<br><br>Defendants. | Case No. 2:25-cv-05102-PD<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT VERGIL SERVICES, INC. D/B/A REDGIFS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Served: Aug. 13, 2025<br>Current Response Date: Oct. 29, 2025<br>New Response Date: Nov. 26, 2025 |
|---|---|

ARENTFOX SCHIFF LLP

- 1 -

2:25-CV-05102-PD
JOINT STIPULATION TO EXTEND TIME
FOR DEFENDANT VERGIL SERVICES,
INC. D/B/A REDGIFS TO RESPOND TO
PLAINTIFF'S COMPLAINT

1  The Court, having read and considered the joint stipulation filed on behalf of
2  Plaintiffs D.M., L.O., AND G.V. ("Plaintiffs") and Defendant VERGIL SERVICES,
3  INC. D/B/A REDGIFS ("Defendant"), and finding GOOD CAUSE thereon, hereby
4  grants the stipulated 28-day extension of time for Defendant's to respond to
5  Plaintiffs' Complaint. IT IS HEREBY ORDERED that Defendant's response to
6  Plaintiffs' Complaint is to be filed on or by **November 26, 2025.**

DATED: 10/27/2025

*Patricia Donahue*
_____
Hon. Patricia Donahue
United States Magistrate Judge

ARENTFOX SCHIFF LLP

- 2 -

22:25-CV-05102-PD
JOINT STIPULATION TO EXTEND
TIME FOR DEFENDANT VERGIL
SERVICES, INC. D/B/A REDGIFS TO
RESPOND TO PLAINTIFF'S
COMPLAINT