Sonjay C. Singh (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (772) 783-8436
ssingh@sirillp.com

*Attorneys for Plaintiffs,*
D.M., L.O., AND G.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M., L.O., AND G.V., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERGIL SERVICES, INC. D/B/A REDGIFS;<br><br>Defendant. | Case No. 2:25-cv-05102-PD<br><br>**JOINT MOTION AND STIPULATION TO SET BRIEFING SCHEDULE FOR PLAINTIFFS' FIRST AMENDED COMPLAINT AND DEFENDANT'S MOTION TO COMPEL ARBITRATION OR TO DISMISS FIRST AMENDED COMPLAINT**<br><br>*[Filed Concurrently with [Proposed] Order]*<br><br>Complaint Served: Aug. 13, 2025<br><br>New Date to File FAC: Dec. 19, 2025<br><br>New Date to File Motion to Dismiss FAC: Jan. 16, 2026<br><br>New Date to File Response to Motion to Dismiss FAC: Feb. 23, 2026<br><br>New Date to File Reply I/S/O Motion to Dismiss FAC: March 6, 2026 |

|   |   |
|---|---|
| 1 | Plaintiffs D.M., L.O., and G.V. ("Plaintiffs") and Defendant VERGIL |
| 2 | SERVICES, INC. D/B/A REDGIFS ("Defendant," and together with Plaintiffs, the |
| 3 | "Parties"), by and through their respective counsel of record, stipulate and agree to |
| 4 | the following schedule for Plaintiffs' forthcoming First Amended Complaint and |
| 5 | Defendant's anticipated Motion to Compel Arbitration or to Dismiss the First |
| 6 | Amended Complaint (the "Motion") the same: |

1. On September 24, 2025, counsel for Plaintiffs and Defendant met and conferred pursuant to L.R. 7-3 regarding Defendant's anticipated Motion to Compel Arbitration, and the underlying facts relevant to the foregoing.

2. Counsel for the Parties agreed to exchange information, and Defendant provided such information as it was able to locate concerning the Plaintiffs on October 12, 2025 and thereafter.

3. Counsel for the Parties then conferred by e-mail and by teleconference, including on November 25, 2025, with regards to the information exchanged by the Parties. Through these communications, the Parties determined that, to streamline the disputes requiring resolution through future briefing, Plaintiffs should be permitted to amend their Complaint. Accordingly, the Parties agreed that Plaintiffs may file a First Amended Complaint by December 19, 2025.

4. Further, in light of the anticipated complexity of Defendant's forthcoming Motion to Dismiss the First Amended Complaint, as well as pre-planned travel by counsel for both Parties during the upcoming holiday season, the Parties additionally stipulated and agreed to the following deadlines with regards to Defendant's anticipated Motion:

    a. Defendant's Motion: January 16, 2026;
    b. Plaintiffs' Response to Defendant's Motion: February 23, 2026;
    c. Defendant's Reply in Support of its MTD: March 6, 2026.

\\\

5.   Neither party will suffer prejudice from the extension of the respective deadlines outlined above.

THEREFORE, IT IS SO STIPULATED between the Parties, subject to the Court's agreement, that the deadline for Plaintiffs to file their First Amended Complaint shall be December 19, 2025; that Defendant's deadline to file its Motion shall be January 16, 2026; that Plaintiffs' deadline to file a responsive brief in opposition to Defendant's Motion shall be February 23, 2026; and that Defendant's deadline to file a reply brief in support of its Motion shall be March 6, 2026.

Dated: November 26, 2025                Respectfully submitted,

**ARENTFOX SCHIFF LLP**

By:   */s/ Susanne Boniadi*
      Susanne Boniadi

      *Attorney for Defendant,*
      VERGIL SERVICES, INC
      D/B/A REDGIFS

Dated: November 26, 2025                **SIRI & GLIMSTAD LLP**

By:   */s/ Sonjay C. Singh*
      Sonjay C. Singh (*pro hac vice*)

      *Attorney for Plaintiffs,*
      D.M., L.O., AND G.V.

**CERTIFICATE OF CONCURRENCE**

I hereby certify and attest that counsel for the Parties have concurred in the filing of the foregoing instrument in accordance with LR 5-4.3.4(a)(2)(i).

*/s/ Sonjay C. Singh*
Sonjay C. Singh