1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.M., L.O., AND G.V., individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>VERGIL SERVICES, INC. D/B/A REDGIFS;<br><br>        Defendants. | Case No. 2:25-cv-05102-PD<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO SET BRIEFING SCHEDULE FOR PLAINTIFFS' FIRST AMENDED COMPLAINT AND DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Complaint Served: Aug. 13, 2025<br><br>New Date to File FAC: Dec. 19, 2025<br><br>New Date to File Motion to Dismiss FAC: Jan. 16, 2026<br><br>New Date to File Response to Motion to Dismiss FAC: Feb. 23, 2026<br><br>New Date to File Reply I/S/O Motion to Dismiss FAC: March 6, 2026 |

ORDER GRANTING JOINT MOTION AND STIPULATION TO SET BRIEFING
SCHEDULE FOR PLAINTIFFS' FIRST AMENDED COMPLAINT AND DEFENDANT'S
MOTION TO DISMISS FIRST AMENDED COMPLAINT

1

2          The Court, pursuant to the Parties' Joint Motion and Stipulation to Set Briefing

3    Schedule, and for good cause appearing, hereby **ORDERS** that:

4          1. Plaintiffs shall file their First Amended Complaint by **December 19, 2025**.

5          2. Defendant shall file any Motion to Dismiss the First Amended Complaint

6             by **January 16, 2026**;

7          3. Plaintiffs shall file any Response in Opposition to Defendant's Motion to

8             Dismiss by **February 23, 2026**;

9          4. Defendant shall file any Reply in Support of its Motion to Dismiss by

10            **March 6, 2026**.

11

12   **IT IS SO ORDERED.**

13                                *PATRICIA DONAHUE*

14   DATED: 11/26/2025

15                                _____
                                  Hon. Patricia Donahue
                                  United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28
                                      - 2 -
     ORDER GRANTING JOINT MOTION AND STIPULATION TO SET BRIEFING SCHEDULE
     FOR PLAINTIFFS' FIRST AMENDED COMPLAINT AND DEFENDANT'S MOTION TO
                      DISMISS FIRST AMENDED COMPLAINT