# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.O. and G.V., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VERGIL SERVICES, INC. D/B/A REDGIFS,<br><br>Defendant. | Case No. 2:25-CV-05102-PD<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNTIMELY RESPONSES IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS**<br><br>Date:        March 30, 2026<br>Time:        1:30 pm<br>Courtroom:   Courtroom 580, 5th Floor<br>Judge:       Hon. Patricia Donahue<br><br>Complaint Served:  Aug. 13, 2025<br>FAC:              Dec. 19, 2025 |

**ORDER**

The Court, having considered Plaintiffs' Motion for Leave to File Untimely Responses in Opposition to Defendant's Motion to Compel Arbitration and Motion to Dismiss, and for good cause appearing, hereby **ORDERS** as follows:

1. The Motion is **GRANTED.**
2. The Clerk of the Court shall docket Plaintiffs' Responses, attached as Exhibits A & B to Plaintiffs' Motion.
3. Defendant shall have an additional one-day to file its reply papers.

**IT IS SO ORDERED.**

DATED: 03/11/2026

Hon. Patricia Donahue

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNTIMELY RESPONSES IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS